741 A.2d 94

TAMMY S. BLAKEY, PLAINTIFF–PETITIONER, v.
CONTINENTAL AIRLINES, INC., ETC., ET
AL., DEFENDANT–RESPONDENTS.

September 28, 1999.

Petition for certification is granted, limited to the issues of personal jurisdiction over defendant pilots and vicarious liability on the part of defendant Continental Airlines, Inc.